# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. KELLEY, et al.,<br><br>　　　　　Defendants. | Case No.  1:11-cv-01090-SAB (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS AND USM-185 FORMS FOR SERVICE OF PROCESS BY THE UNITED STATES MARSHAL'S OFFICE |

　　　　Plaintiff Jamisi Jermaine Calloway ("Plaintiff"), a prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 1, 2011.

　　　　On September 9, 2013, the Court found that service of the amended complaint was appropriate as to Defendants Kelly, Talisman, Wang, Fritz, Schomer, Mazuk, Trinh, Bostanjian, and Syed for retaliation.  The Court forwarded Plaintiff the necessary USM-285 forms, summonses, Notice of Submission of Documents form, and an instruction sheet.

　　　　On October 17, 2013, Plaintiff responded to the Court's September 9, 2013, but only submitted ten copies of the amended complaint.

　　　　As Plaintiff was advised in the Court's September 9, 2013, order and accompanying instruction form, he is required to complete an original USM-285 form for each defendant the Court determined stated a cognizable claim against.  Thus, Plaintiff is required to complete and

1

return to this Court an original summons for each defendant to be served, along with a completed "Notice of Submission of Documents" form, that were previously provided to Plaintiff in conjunction with the September 9, 2013, order.

Accordingly, it is HEREBY ORDERED that within **thirty (30)** days from the date of this order, Plaintiff shall complete the Notice of Submission of Documents, along with the following:

1. One completed summons for each defendant listed above;
2. One completed USM-285 form for each defendant listed above; and
3. All CDCR Form 602 documentation submitted in relation to this case.

After completion of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payments of costs.  <u>Plaintiff is again forewarned that the failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **October 31, 2013**

_____
UNITED STATES MAGISTRATE JUDGE