UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | Case No.: 1:11-cv-01090-SAB (PC) |
| Plaintiff, | ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES SET FORTH IN COURT'S FEBRUARY 24, 2014 ORDER TO DEFENDANTS M. BOSTANJIAN AND SYED |
| v. | |
| G. KELLEY, et al., | |
| Defendants. | |

Plaintiff Jamisi Jermaine Calloway is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 13, 2013, the Court issued an order directing the United States Marshal to serve the amended complaint on Defendants M. Bostanjian, Melissa Fritz, G. Kelley, Peter Mazuk, V. Schomer, Syed, Marc Talisman, C. Trinh, and Jefrey Wang. (ECF No. 31.)

On February 20, 2014, Defendants G. Kelley and Jeffrey filed an answer to the amended complaint. (ECF No. 34.)

On February 24, 2014, the Court issued a discovery and scheduling order. (ECF No. 37.)

On February 25, 2014, Defendants M. Bostanjian and Syed filed an answer to the amended complaint. (ECF No. 39.)

1

In light of Defendants M. Bostanjian and Syed's answer to the amended complaint, the deadlines set forth in the Court's February 24, 2014, are fully applicable and enforceable as to Defendants M. Bostanjian and Syed.

IT IS SO ORDERED.

Dated: **February 26, 2014**

UNITED STATES MAGISTRATE JUDGE