**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. KELLEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-01090-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES SET FORTH IN COURT'S FEBRUARY 24, 2014 ORDER TO DEFENDANTS PETER MAZUK AND V. SCHOMER<br><br>[ECF Nos. 37, 45] |

　　　　Plaintiff Jamisi Jermaine Calloway is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 13, 2013, the Court issued an order directing the United States Marshal to serve the amended complaint on Defendants M. Bostanjian, Melissa Fritz, G. Kelley, Peter Mazuk, V. Schomer, Syed, Marc Talisman, C. Trinh, and Jefrey Wang. (ECF No. 31.)

　　　　On February 24, 2014, the Court issued a discovery and scheduling order. (ECF No. 37.)

　　　　On February 27, 2014, Defendants Peter Mazuk and V. Schomer filed an answer to the amended complaint. (ECF No. 45.)

///

///

///

///

1

1    In light of Defendants Mazuk and Schomer's answer to the amended complaint, the deadlines
2 set forth in the Court's February 24, 2014, are fully applicable and enforceable as to Defendants
3 Mazuk and Schomer.

5 IT IS SO ORDERED.

6    Dated:   **March 4, 2014**
7                                                                UNITED STATES MAGISTRATE JUDGE