UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>            Plaintiff,<br><br>     v.<br><br>G. KELLEY, et al.,<br><br>            Defendants. | Case No.: 1:11-cv-01090-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES SET FORTH IN COURT'S APRIL 15, 2014, ORDER TO DEFENDANTS |

Plaintiff Jamisi Jermaine Calloway is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 13, 2013, the Court issued an order directing the United States Marshal to serve the amended complaint on Defendants M. Bostanjian, Melissa Fritz, G. Kelley, Peter Mazuk, V. Schomer, Syed, Marc Talisman, C. Trinh, and Jefrey Wang.  (ECF No. 31.)

On February 20, 2014, Defendants G. Kelley and Jeffrey filed an answer to the amended complaint.  (ECF No. 34.)

On February 24, 2014, the Court issued a discovery and scheduling order.  (ECF No. 37.)  On April 15, 2014, the Court issued an amended discovery and scheduling order.  (ECF No. 56.)

On September 5, 2014, Defendants Melissa Fritz and Marc Talisman filed an answer to the amended complaint.

In light of Defendants Fritz and Talisman's answer to the amended complaint, the deadlines set forth in the Court's April 15, 2014, order are fully applicable and enforceable as to Defendants Fritz and Talisman.

IT IS SO ORDERED.

Dated:   **September 10, 2014**

UNITED STATES MAGISTRATE JUDGE